## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Craig Moss, :
                    Petitioner :
                                        :
        v.                          :        No. 1084 C.D. 2019
                                        :
Pennsylvania Board :
of Probation and Parole, :
                    Respondent :

## **O R D E R**

NOW, June 15, 2020, upon consideration of Petitioner's application for reargument, the application is denied.